# SUBSTANCE ABUSE PROGRAM

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV 1 0 2015

CHRISTOPHER A. PRINE
CLERK

01-15-00910 thru 00913-CR

To whom it may concern,

I Drew, Patterson #02530060 A Pre-trial trial Detainee Here @ the Harris Co Sheriff office Jail Located @ 1200 Baker St Houston, Tx 77002

Reg. A motion for Hybrid Representation and a post Judgment Motion

During Dates of Incarceration

Aug 2013, Oct 2013 - Jan 2014

June, 3, 2014 - Present Date

in time

from Law Library Prison Unit On Several @ccassions; BUT LIBRARY PRISON UNIT NO LONGER Poscess motions for filing

I certify and approve this MSG:

X Drew M Patterson

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: _Kelly Eugene_

SPN: _00841986_  Cell: _6BM1A_

Street: _1200 Baker St_

Houston, Texas 77002

INDIGENT

7700232066

HCSO

MAIL RECEIVED

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV 1 0 2015

CHRISTOPHER A. PRINE
CLERK

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48⁵
02 4W
0000334684 NOV 05. 2015

Attn. Christopher A.
Prine
Clerk of the Court
Court of Appeals
First District
301 Fannin St
Houston, Texas 77002-
2066